UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, <br><br> Plaintiff, <br><br> v. <br><br> GIOVANNI CURCIO, M.D., <br><br> Defendant. | No. 16 C 7561 <br><br> Formerly Case No. 2016 L 1531 <br> Circuit Court of Cook County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND**
**SUBSTITUTION OF THE UNITED STATES OF AMERICA AS DEFENDANT**

To:  Dorothy Brown                             Timothy S. Tomasik
     Clerk of the Circuit Court                Tomasik Kotin Kassermann, LLC
     Richard J. Daley Center, Room 1001        10 South LaSalle Street, Suite 2920
     50 West Washington Street                 Chicago, Illinois 60603
     Chicago, Illinois 60602

The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1. On February 16, 2016, plaintiff Hrvoje Crnecki, as father and next friend of Liam Bach Crnecki, a minor, commenced the above civil action against Giovanni Curcio, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Giovanni Curcio, M.D.'s services were rendered in connection with his employment at Visiting Nurse Association of Fox Valley, a/k/a VNA Health Care ("VNA Health Center"), which is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Exhibit B. Giovanni Curcio, M.D. was acting within the scope of

his employment at the VNA Health Center with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that VNA Health Center was a private entity receiving grant money from the Public Health Service and that defendant Giovanni Curcio, M.D., was acting within the scope of his employment at the VNA Health Center with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendant Giovanni Curcio, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as a defendant in the place of Giovanni Curcio, M.D.

> Respectfully submitted,
>
> ZACHARY T. FARDON
> United States Attorney
>
> By: s/ Jaret R. Fishman
>     JARET R. FISHMAN
>     Special Assistant United States Attorney
>     219 South Dearborn Street
>     Chicago, Illinois 60604
>     (312) 886-9082
>     jaret.fishman@usdoj.gov