# Exhibit A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>GIOVANNI CURCIO, M.D.,<br><br>Defendant. | No. 2016L001531<br>CALENDAR/ROOM F<br>TIME 00:00<br>Medical Malpractice<br><br>*Plaintiff Demands a Trial by Six-Person Jury.* |

## COMPLAINT AT LAW

### COUNT I - MEDICAL NEGLIGENCE

Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, by and through their attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of the Defendant, GIOVANNI CURCIO, M.D. (hereinafter "CURCIO"), and state as follows:

1. On and before August 29, 2015, Defendant, CURCIO, was a physician duly licensed to practice medicine in the State of Illinois specializing in obstetrics and gynecology.

2. On and before August 29, 2015, Defendant, CURCIO, practiced obstetrics and gynecology in Cook County at Westlake Community Hospital and Gottlieb Memorial Hospital.

3. On and before August 29, 2015, Defendant, CURCIO, maintained a residence in Chicago, Cook County, Illinois.

4. On August 28, 2015, Plaintiff, LIAM BACH CRNECKI was born at Adventist Bolingbrook Hospital and passed a normal newborn exam.

5. On August 29, 2015, Plaintiff, LIAM BACH CRNECKI underwent a circumcision procedure using a clamp performed by Defendant, CURCIO, at Adventist Bolingbrook Hospital.

6. On August 29, 2015, during the circumcision procedure, Defendant, CURCIO, amputated a portion of LIAM BACH CRNECKI's penis.

7. On and before August 29, 2015, Defendant, CURCIO, had the duty to possess and use the knowledge, skill, and care ordinarily used by a reasonably careful physician under similar circumstances.

8. On and before August 29, 2015, Defendant, CURCIO, was negligent in the following respects:

    a. Failed to adequately examine the glans (head) of the penis and foreskin for the presence of adhesions and synechiae prior to circumcision;

    b. Failed to adequately remove adhesions and synechiae located between the foreskin and the glans (head) of the penis prior to the application of the clamp.

    c. Failed to implement the appropriate surgical technique during the circumcision;

    d. Failed to properly use the clamp in performing the circumcision;

    e. Amputated the glans of the penis while using the clamp;

    f. Failed to protect the penis from injury; and/ or

    g. Cut tissue from a patient's body without first determining what he was cutting.

9. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, Plaintiff, LIAM BACH CRNECKI, sustained injuries of a personal and pecuniary nature.

WHEREFORE, the Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, request judgment against the Defendant, GIOVANNI CURCIO, M.D., in an amount of money in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

2

## COUNT II - MEDICAL NEGLIGENCE - RES IPSA LOQUITUR

Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, by and through their attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of the Defendant, GIOVANNI CURCIO, M.D. (hereinafter "CURCIO"), and state as follows:

1-9. Plaintiffs adopt and reallege the allegations contained in Paragraphs 1-9 of Count I as Paragraphs 1-9 of this their Count II.

10. On August 29, 2015, while the clamp was under the exclusive management and control of Defendant, CURCIO, Plaintiff, DANIEL R. BURDEN, suffered injuries of a personal and pecuniary nature.

11. In the normal or ordinary course of events, the amputation of the glans (head) of the penis would not have occurred, had Defendant, CURCIO, used a reasonable professional standard of care while the clamp was under his management and control.

12. While the clamp was under the defendant's exclusive control and management and as a direct and proximate result of defendant's negligence, Plaintiff, LIAM BACH CRNECKI, suffered injuries.

WHEREFORE, the Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, request judgment against the Defendant, GIOVANNI CURCIO, M.D., in an amount of money in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT III - FAMILY EXPENSE ACT

Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, by and through their attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of the Defendants, GIOVANNI CURCIO, M.D. (hereinafter "CURCIO") state as follows:

1-9. Plaintiffs adopt and reallege the allegations contained in Paragraphs 1-9 of Count I as Paragraphs 1-9 of this their Count III.

10. On August 29, 2015, Plaintiff HRVOJE CRNECKI, was the father and legal guardian of LIAM BACH CRNECKI, a minor.

11. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of the Defendant, CURCIO, Plaintiff HRVOJE CRNECKI, father of LIAM BACH CRNECKI, became obligated for various hospital and medical expenses and is entitled to recover the amount of those expenses pursuant to 750 ILCS 65/15, commonly known as the Family Expense Act.

WHEREFORE, the Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, request judgment against the Defendant, GIOVANNI CURCIO, M.D., in an amount of money in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

_____
One of Plaintiffs' Attorneys

Timothy S. Tomasik
Philip P. Terrazzino
Attorneys for Plaintiffs
TOMASIK KOTIN KASSERMAN, LLC
10 S. LaSalle Street, Suite 2920
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 Fax
tim@tkklawfirm.com
phil@tkklawfirm.com
www.tkklawfirm.com
Firm I.D. No. 56323

4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. |
| GIOVANNI CURCIO, M.D., | )<br>)<br>) |
| Defendant. | ) |

### RULE 222(b) AFFIDAVIT

I, TIMOTHY S. TOMASIK, state under oath:

1. I am an attorney associated with TOMASIK KOTIN KASSERMAN, LLC, and am responsible for filing the Complaint at Law in this matter.

2. The total money damages sought by Plaintiff does exceed $50,000.00, exclusive of interest and costs.

_____
TIMOTHY S. TOMASIK

Subscribed and Sworn to before me
this 11th day of February, 2016.

_____
Notary Public

OFFICIAL SEAL
SHAYNA M REVER
Notary Public - State of Illinois
My Commission Expires Feb 5, 2017

Timothy S. Tomasik
Philip P. Terrazzino
TOMASIK KOTIN KASSERMAN, LLC
10 South LaSalle Street, Suite 2920
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 Fax
Firm I.D. No. 56323
tim@tkklawfirm.com
phil@tkklawfirm.com
www.tkklawfirm.com